UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: 1:07 CR 644 |
| | ) | |
| Plaintiff | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| v. | ) | |
| | ) | **ORDER ACCEPTING PLEA** |
| WILLIAM L. SINGFIELD, | ) | **AGREEMENT, JUDGMENT AND** |
| | ) | **REFERRAL TO U. S. PROBATION** |
| Defendant | ) | **OFFICE** |

This case is before the Court on a Report and Recommendation filed by United States Magistrate Judge David S. Perelman, regarding the change of plea hearing of , which was referred to the Magistrate Judge with the consent of the parties.

On December 12, 2007, the government filed a one count indictment, charging Defendant, William L. Singfield, with Felon in Possession of a Firearm in violation of Title 18 United States Code, Section 922(g)(1).  On January 8, 2008, Defendant Singfield was arraigned and entered a plea of not guilty before Magistrate Judge Nancy A. Vecchiarelli.  On August 11, 2008, Magistrate Judge David S. Perelman received Defendant Singfield's plea of guilty to count 1 of the indictment and issued a Report and Recommendation ("R&R") concerning whether the plea should be accepted and a finding of guilty entered.

Neither party submitted objections to the Magistrate Judge's R&R in the ten days after it was issued.

On de novo review of the record, the Magistrate Judge's R&R is adopted. Defendant Singfield is found to be competent to enter a plea and to understand his constitutional rights. He is aware of the charges and of the consequences of entering a plea. There is an adequate factual basis for the plea. The Court finds the plea was entered knowingly, intelligently, and voluntarily. The plea agreement is approved.

Therefore, Defendant Singfield is adjudged guilty of Count 1 of the indictment, in violation of Title 18 United States Code, Section 922(g)(1). Sentencing will be on September 4, 2008, at 11:40 a.m. in Courtroom 17-A, Carl B. Stokes United States Court House, 801 West Superior Avenue, Cleveland, Ohio.

IT IS SO ORDERED.

/s/SOLOMON OLIVER, JR.
UNITED STATES DISTRICT JUDGE